**Order filed January 4, 2022**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00472-CV
_____

## CURTIS TYLER, Appellant

## V.

## TORCSILL FOUNDATIONS LLC, Appellee

---

**On Appeal from the 189th District Court
Harris County, Texas
Trial Court Cause No. 2020-07582**

---

## ORDER

The notice of appeal in this case was filed August 16, 2021. The clerk responsible for preparing the record notified this court that appellant has not made payment for the record. No evidence that appellant has established indigence has been filed. *See* Tex. R. Civ. P. 145. On November 15, 2021, this court notified appellant that the appeal was subject to dismissal unless appellant filed a response with proof of payment for the record. No response was filed. On December 14, 2021, appellant was ordered to demonstrate to this court that appellant has made arrangements to pay for the clerk's record on or before December 29, 2021. *See*

Tex. R. App. P. 35.3(c). Appellant was informed that if he failed to do so, the appeal will be dismissed. *See* Tex. R. App. P. 37.3(b).

On December 29, 2021, appellant filed a response demonstrating that payment arrangements have been made for the reporter's record. The response does not reflect payment arrangements have been made for the clerk's record.

Therefore, the court issues the following order.

Appellant is ordered to demonstrate to this court that appellant has made arrangements to pay for the clerk's record on or before January 14, 2022. *See* Tex. R. App. P. 35.3(c). If appellant fails to do so, the appeal will be dismissed. *See* Tex. R. App. P. 37.3(b).

PER CURIAM

Panel Consists of Justices Jewell, Bourliot, and Poissant.